UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RODNEY SMOTHERS #369791 | CIVIL ACTION NO. 2:10CV182   SEC P |
| VERSUS | JUDGE MINALDI |
| ALAN J REINECKE ET AL | MAGISTRATE JUDGE KAY |

### MEMORANDUM ORDER

Before the court is a civil rights suit filed on February 8, 2010. Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reason(s):

Plaintiff has failed to submit the complaint on approved forms. NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS. **Plaintiff must submit the complaint on approved forms that are legibly handwritten or typewritten.**

Plaintiff has failed to submit either the $350.00 to file his complaint or a completed application to proceed *in forma pauperis*. **Plaintiff must either send $350.00 or a completed *in forma pauperis* application in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE this 30th day of April, 2010.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE

cc: Smothers w/1983 & IFP forms